HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street 3rd floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorneys for Defendant
ERIKA M. MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA M. MARTIN,<br><br>Defendant. | Case No. 2:18-PO-00008-KJN<br>2:18-PO-00009-KJN<br><br>REQUEST TO RECALL BENCH WARRANT AND SET STATUS CONFERENCE DATE; [PROPOSED] ORDER<br><br>Judge: Hon. Kendall J. Newman |

It is respectfully requested that this Court **recall** the **bench warrant(s)** issued on February 20, 2018 and set a date for Status Conference.

Ms. Martin was set to appear for her initial arraignment for both cases on February 13, 2018. Ms. Martin did not appear on that date and the Office of the Federal Defender had not yet made contact with Ms. Martin. The Court issued a no bail bench warrant order on February 13, 2018 and entered the bench warrant on February 20, 2018. Since then, Ms. Martin made contact with the Court, who in turn helped her make contact with the Federal Defender's Office. Ms. Martin has been in an intensive inpatient mental health ward with the Veterans Affairs Health Care System in Reno, Nevada since December 18, 2017. The mental health facility is a locked down facility in which all the patients must be kept under close supervision. Ms. Martin was admitted in December of 2017 for intense care for her PTSD, Schizoaffective disorder, and

OCD. As part of Ms. Martin's treatment, she is heavily medicated and kept under close supervision from the medical staff at the VA. The Office of the Federal Defender is now in close contact with both Ms. Martin and Ms. Amanda Gordon, Ms. Martin's social worker at the VA. Ms. Gordon has confirmed Ms. Martin's treatments and has notified counsel that due to Ms. Martin's condition, there is not yet an expected release date from the VA but will continue to notify counsel as the status changes.

For the reasons stated above, the Defendant requests that this Court recall the bench warrant(s) and set a Status Conference date.

Dated: March 2, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/  Linda C. Allison*
ASSISTANT FEDERAL DEFENDER
Attorney for Defendant
ERIKA M. MARTIN

**ORDER**

IT IS SO ORDERED.

Dated: March    , 2018

Kendall J. Newman
United States Magistrate Judge

-2-