| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street 3rd floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: 916-498-5700/Fax: 916-498-5710 |
| | Linda_allison@fd.org |
| 5 | |
| | Attorneys for Defendant |
| 6 | ERIKA M. MARTIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-PO-00008-KJN |
| | ) | 2:18-PO-00009-KJN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REQUEST TO CONTINUE STATUS |
| | ) | CONFERENCE DATE |
| | ) | |
| ERIKA M. MARTIN | ) | Date: March 21, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |

It is respectfully requested that this Court continue the current status conference date of March 21. 2018 and set the new date for April 4, 2018 at 9:00 a.m.

Ms. Martin has recently been released from her three month long in-patient mental health program from the Veterans Affairs hospital in Reno, Nevada. Because of the duration of her time in the VA, Ms. Martin has not had time to establish housing and services outside of the clinic. With her recent release, she has started the process of getting her life back on track. Ms. Martin has just been approved for local housing in Reno, right across the street from the VA hospital where she can begin her continued mental health counseling and therapy sessions. Ms. Martin has been, and will continue to remain on, an array of different medications to combat her schizoaffective disorder and associated auditory hallucination issues. The Office of the Federal Defender is, and will continue to be, in close contact with Ms. Martin, Ms. Martin's mother, and

Amanda Gordon, the social services representative from the VA. Ms. Martin is requesting this short continuance of the status conference to ensure that she has her life situated and is in a more stable environment so that she can help work towards coming to an agreement for an early resolution to these matters.

The United States Attorney has been notified of this request and has agreed not to oppose the request.

For the reasons stated above, the Defendant requests that this Court continue the current status conference to the date of April 4, 2018 at 9:00 a.m., so that the Defendant can be present before the court.

Dated: March 15, 2018

                                              Repectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Linda C. Allison*
                                              ASSISTANT FEDERAL DEFENDER
                                              Attorney for Defendant
                                              ERIKA M. MARTIN

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2018

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE