McGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:18-po-00008-KJN |
| | 2:18-po-00009-KJN |
| Plaintiff, | |
| | **ORDER GRANTING** |
| v. | **UNITED STATES' MOTION TO DISMISS** |
| ERIKA M. MARTIN, | |
| | DATE: April 4, 2018 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that plaintiff United States of America's Motion to Dismiss Case No. 2:18-po-00008-KJN (Violation Notice No. 6282423/CA52) and Case No. 2:18-po-00009-KJN (Violation Notice No. 7182965/CA52) without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: March 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE